**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7681**

———————

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

versus

MICHAEL BRICE; CRYSTAL LEE-HASKINS; DANNY
STATEN; DARRYL PUGH; ROBERT CHAMBERS; ERIC
NELSON; THEODORE DONNELL; HENRY GAITHER; MR.
POPE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.
(CA-00-1962-8)

———————

Submitted:  February 28, 2005        Decided:  March 28, 2005

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Albert Curtis Mills, Appellant Pro Se. Phillip Michael Pickus,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Albert Curtis Mills appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mills v. Brice, No. CA-00-1962-8 (D. Md. Sept. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED